UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| COASTAL DRILLING COMPANY, L.L.C. | CIVIL ACTION |
| VERSUS | NO: 05-4007 |
| SHINN ENTERPRISES, INC. | SECTION: J(2) |

**ORDER**

Before the Court is Third Party Defendant Continental Casualty Company's ("Coastal") **Motion for Leave to File Motion for Summary Judgment and Related Pleadings as to any Claims of Legal Malpractice or Legal Negligence (Rec. Doc. 174).** The Court has considered the record, the memoranda of counsel, and the applicable law, and has determined that oral argument will not be necessary.

Further, the Court finds that Coastal's late-filed motion seeks summary judgment on claims that are not before this Court. Shinn Enterprises, Inc., has not pled any claim for legal malpractice in the present action, and in fact the only such claims by Shinn are those currently pending in the Civil District Court for the Parish of Orleans. Thus, Coastal's present motion for leave appears to be an inappropriate attempt to evade the action in state court by obtaining a preemptive ruling from this Court. See, e.g., Exxon Corp. v. St. Paul Fire & Marine Ins. Co., 129 F.3d 781, 785 (5th Cir. 1997) (affirming denial of

motion to stay federal proceedings in favor of state court tort actions based on the fact that state court proceedings were not parallel and did not involve same issues and parties).

Accordingly,

**IT IS ORDERED** that Coastal's **Motion for Leave to File Motion for Summary Judgment and Related Pleadings as to any Claims of Legal Malpractice or Legal Negligence (Rec. Doc. 174)** is hereby **DENIED.**

New Orleans, Louisiana this 25th day of March, 2009.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE